## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT M. MUMMA, II, | : | No. 479 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CRH, INC., PENNSY SUPPLY, INC., LISA | : | |
| M. MORGAN, BARBARA MCKIMMIE | : | |
| MUMMA, LINDA MUMMA ROTH, | : | |
| MORGAN, LEWIS & BOCKIUS, AND | : | |
| STRADLEY, RONON, STEVENS & | : | |
| YOUNG, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED**. Motion to Consolidate is **DENIED**.